UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) 84 LUMBER COMPANY, ) ) Defendant. ) ) | Civil Action No. **COMPLAINT** |

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. ("Title VII") for an order directing Defendant 84 Lumber Company ("84 Lumber") to prepare, execute, and file accurate and complete Employer Information Report EEO-1s ("EEO-1 reports") as required by 42 U.S.C. §2000e-8(c) and regulations issued thereunder, 29 C.F.R. §§1602.7 - 1602.14, for each calendar year from 2005 to the present. The U.S. Equal Employment Opportunity Commission ("Commission") alleges that since at least 2005, despite notice from the Commission, 84 Lumber has failed and refused to fully comply with its obligation to file such reports, in violation of said statute and regulations.

JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, and 1345. This action is authorized and instituted pursuant to 42 U.S.C. §2000e-8(c) and regulations issued thereunder, 29 C.F.R. §1602.9.

2. The actions alleged herein to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Pennsylvania.

## PARTIES

3. Plaintiff, the Commission, is an agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action pursuant to 42 U.S.C. §2000e-8(c) and regulations issued thereunder, 29 C.F.R. §1602.9.

4. At all relevant times, Defendant 84 Lumber has continuously been doing business in the State of Pennsylvania and the Town of Eighty Four, Pennsylvania and has continuously had at least 100 employees.

5. At all relevant times, 84 Lumber has continuously been an employer engaged in an industry affecting commerce within the meaning of Section 701 (b), (g), and (h) of Title VII, 42 U.S.C. §2000e (b), (g), and (h).

## STATEMENT OF CLAIMS

6. Since at least November 2005, and continuing thereafter until the present, 84 Lumber has failed and refused to fully comply with its obligation to file EEO-1 reports, despite written notice and a demand therefor these documents from the EEOC.

7. 84 Lumber's failure and refusal to file said reports is in violation of 42 U.S.C. §2000e-8(c) and regulations issued thereunder, 29 C.F.R. §§1602.7 - 1602.14.

PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Order that 84 Lumber, without further delay, shall prepare, execute, and file accurate and complete EEO-1 reports as required by law for each calendar year from 2005 to the present;

B. Grant such further relief as the Court deems necessary and proper in the public interest;

C. Award the Commission its costs of this action.

RONALD S. COOPER
GENERAL COUNSEL

JAMES L. LEE
DEPUTY GENERAL COUNSEL

GWENDOLYN YOUNG REAMS
ASSOCIATE GENERAL COUNSEL

JACQUELINE H. MCNAIR
REGIONAL ATTORNEY

JUDITH A. O'BOYLE
SUPERVISORY TRIAL ATTORNEY

M. JEAN CLICKNER
SENIOR TRIAL ATTORNEY
Pa. I.D. No. 42738
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Pittsburgh Area Office
Liberty Center, Suite 300
1001 Liberty Avenue
Pittsburgh, PA 15222
(412) 644-6439

3

(412) 644-4935 (facsimile)
jean.clickner@eeoc.gov