IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>)<br>           Plaintiff,     )<br>)<br>     v.                        )<br>)<br>84 LUMBER COMPANY,           )<br>)<br>           Defendant.    ) | Civil Action No. 07-387<br><br>Judge Lancaster<br>Magistrate Judge Caiazza |

### ORDER

Having reviewed the EEOC's Petition for Costs (Doc. 23) and the affidavit attached thereto, and consistent with the Judgment Order dated September 19, 2007 (see Doc. 22 at ¶ 11), the Plaintiff's Petition is **GRANTED**. Within eleven (11) days of this Order, the Defendant shall pay the EEOC $1,569.35.

IT IS SO ORDERED on this   28th   day of   Sept  , 2007.

_____
Gary L. Lancaster
United States District Judge

cc (via email):

M. Jean Clickner, Esq.
John C. Unkovic, Esq.
Abigail D. Flynn-Kozara, Esq.